UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.     CASE NO. 6:21-mj-1280-DCI

**ARTHUR JACKMAN**

AUSA: Karen Gable

Defense Attorney: Brian Phillips, CJA

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **March 30, 2021**<br>2:08-2:25PM<br>17 minutes |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Ivette Suarez |

CLERK'S MINUTES
INITIAL APPEARANCE (RULE 5C)

## Rule 5c – District of Columbia
Case called, appearances made, procedural setting by the Court.
No issue as to competency.
Court advises defendant of his rights.
Government advises defendant of the counts in the Complaint and of the potential penalties.
Defendant requests court appointed counsel; Court appoints Brian Phillips for proceedings in the MDFL.
Government does not seek detention.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises defendant of his rights, including Rule 20 rights.
Court adjourned. (2:22PM)
Court back in session. (2:24PM)
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defendant waives identity hearing and production of warrant.
Defendant requests a preliminary hearing in this district. Hearing to be set by separate notice.
Court adjourned.