UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO. 6:21-mj-1280-DCI**

**ARTHUR JACKMAN**

AUSA: Karen Gable

Defense Attorney: Brian Phillips, CJA Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **April 20, 2021**<br>11:02-11:07AM |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 5 minutes |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**HEARING RE PRELIMINARY EXAMINATION**

Case called, appearances made, procedural setting by the Court.
Defense makes oral motion to extend the deadline of the preliminary examination hearing pursuant to Fed. Rules of Crim. Procedure 5.1d.
Court grants motion; preliminary examination deadline extended until May 11, 2021; order to enter.
Government makes oral motion that the Court order defendant to appear in the District of Columbia for an initial appearance on April 23. 2021 at 1:00 PM; Court grants motion; it is So Ordered.
Court adjourned.